1   MARC J. FAGEL (CA Bar No. 154425)
    MICHAEL S. DICKE (CA Bar No. 158187)
2   JINA L. CHOI (New York State Bar No. 2699718)
    ELENA RO (CA Bar No. 197308)
3
    Attorneys for Plaintiff
4   SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 2800
5   San Francisco, California 94104
    Telephone:  (415) 705-2500
6   Facsimile:  (415) 705-2501

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,    Case No.   **C-12-4310 CRB**

13               Plaintiff,

                                           [PROPOSED] FINAL JUDGMENT AS TO
14       v.                                ORACLE CORPORATION

15  ORACLE CORP.,

16               Defendant.

17

18       The Securities and Exchange Commission having filed a Complaint and Defendant Oracle

19  Corporation having entered a general appearance; consented to the Court's jurisdiction over

20  Defendant and the subject matter of this action; consented to entry of this Final Judgment without

21  admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of

22  fact and conclusions of law; and waived any right to appeal from this Final Judgment:

23

24                                         I.

25       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's

26  officers, agents, servants, employees, attorneys, and all persons in active concert or participation with

27  them who receive actual notice of this Final Judgment by personal service or otherwise are

28  permanently restrained and enjoined from violating, directly or indirectly, Section 13(b)(2)(A) of the

                                                              SEC v. ORACLE CORP.
                                                              [PROPOSED] FINAL JUDGMENT

1 | Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78m(b)(2)(A)], by failing to make

2 | and keep books, records, and accounts, which, in reasonable detail, accurately and fairly reflect the

3 | transactions and dispositions of the assets of Defendant.

4

5 | II.

6 | IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant and

7 | Defendant's officers, agents, servants, employees, attorneys, and all persons in active concert or

8 | participation with them who receive actual notice of this Final Judgment by personal service or

9 | otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section

10 | 13(b)(2)(B) of the Exchange Act [15 U.S.C. §§ 78m(b)(2)(B)], by failing to devise and maintain a

11 | system of internal accounting controls sufficient to provide reasonable assurances that:

12 | (i) transactions are executed in accordance with management's general or specific authorization; (ii)

13 | transactions are recorded as necessary to permit preparation of financial statements in conformity

14 | with generally accepted accounting principles or any other criteria applicable to such statements, and

15 | to maintain accountability for assets; (iii) access to assets is permitted only in accordance with

16 | management's general or specific authorizations; and (iv) the recorded accountability for assets is

17 | compared with the existing assets at reasonable intervals and appropriate actions is taken with respect

18 | to any differences.

19

20 | III.

21 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a

22 | civil penalty in the amount of $2 million pursuant to Section 21(d) of the Exchange Act [15 U.S.C. §

23 | 78u(d)]. Defendant shall make this payment within 14 days after entry of this Final Judgment by

24 | certified check, bank cashier's check, or United States postal money order payable to the Securities

25 | and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial

26 | Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC

27 | 20549, and shall be accompanied by a letter identifying Oracle Corporation as a defendant in this

28 | action; setting forth the title and civil action number of this action and the name of this Court; and

2

1  specifying that payment is made pursuant to this Final Judgment.  Defendant shall pay post-judgment

2  interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the

3  funds paid pursuant to this paragraph to the United States Treasury.

4

5                                                   IV.

6          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is

7  incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall

8  comply with all of the undertakings and agreements set forth therein.

9

10                                                  V.

11         IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

12  jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

13

14

15  Dated: _____ August 27 , 2012

16

17                                                                                    T JUDGE

IT IS SO ORDERED

Judge Charles R. Breyer

SEC v. ORACLE CORP.
[PROPOSED] FINAL JUDGMENT